THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | | |
|---|---|---|
| IN RE: | * | |
| JOSEPH BRYCE DINGMAN, | * | CASE NO. 09-11961-RGM |
| | | (CHAPTER 7) |
| DEBTOR. | * | |
| * * * * * * | * * * * * * * | |
| AUDREY WINTER, | * | |
| PLAINTIFF, | * | |
| v. | * | ADV. NO. 09-01165-RGM |
| JOSEPH BRYCE DINGMAN ET AL., | * | |
| DEFENDANTS. | * | |
| * * * * * * | * * * * * * * | |

CONSENT ORDER GRANTING MOTION TO COMPEL [DKT. 36]
AND MOTION TO CONTINUE TRIAL DATE [DKT. 38]

Having read and considered the *Motion to Compel Discovery and for Sanctions* (the "Motion to Compel") [Dkt. No. 36] and the *Motion to Continue Trial Date and Memorandum of Law* (the "Motion to Continue") [Dkt. No. 38] filed by the Plaintiff, Audrey Winter, the responses thereto and statements made by counsel at the hearing thereon, and the parties' agreement and consent with respect thereto, the following relief appearing appropriate under the circumstances, it is hereby:

ORDERED, that the Motion to Compel and Motion to Continue are Granted; and it is further

ORDERED, that Defendant Joseph Bryce Dingman shall serve complete responses to Plaintiff's interrogatories and document requests, and shall produce copies of all responsive

1

documents in his care, custody and control, such that the responses and documents are received by Plaintiff's counsel on or before June 8, 2010; and it is further

**ORDERED**, that Defendant Joseph Bryce Dingman shall appear for and submit to his deposition on a date mutually agreeable between the parties and counsel, but no later than June 29, 2010, unless mutually agreed by the parties; and it is further

**ORDERED**, that the discovery deadline presently set for May 28, 2010 is extended through and including July 28, 2010, so as to permit the parties to complete discovery; and it is further

**ORDERED**, that the parties shall appear for a pre-trial conference on August 9, 2010, at 9:30 a.m.

Alexandria, Virginia
June 1, 2010

/s/Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

**WE ASK FOR THIS:**

/s/ Andrew L. Cole
Andrew L. Cole
Rebecca Dannenberg
Franklin & Prokopik, P.C.
The B&O Building
Two N. Charles St., Suite 600
Baltimore, MD 21201

*Attorneys for Audrey Winter*

/s/ Brian D. Geno
Brian D. Geno, Esquire
Virginia Bar no. 29804
Geno Law Firm, P.C.
Red Maple Court Office Condominiums
10617 Jones Street, Suite 201-B
Fairfax, Virginia 22030
703-691-4366 Office
703-691-4774 Fax
info@GenoLaw.com

David C Jones Jr. Esquire
Virginia Bar no. 37483

2

10617 Jones Street Suite 301-A
Fairfax, VA 22030-7505
(703) 273-7350
djones@dcjoneslaw.com

*Counsel for Joseph Bryce Dingman*