1IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA DIVISION)

IN RE:                                    *

JOSEPH BRYCE DINGMAN,                      *        CASE NO.  09-11961-RGM
                                                        (CHAPTER 7)
         DEBTOR.                           *

*    *    *    *    *    *    *    *    *    *    *    *    *

AUDREY WINTER, INDIVIDUALLY AND            *
    AS ASSIGNEE OF CHARLES E. CAMPBELL
    AND FOUR SEASONS RENOVATIONS, INC.,    *

         PLAINTIFF,                        *

v.                                         *        ADV. NO.  09-01165-RGM

JOSEPH BRYCE DINGMAN, *et al.*             *

         DEFENDANTS.                       *

*    *    *    *    *    *    *    *    *    *    *    *    *

## ORDER OF DISMISSAL

THIS MATTER having come before the court on the parties' Stipulation of Dismissal, and

IT APPEARING to the Court, that the parties have represented to the Court that they have

reached a settlement, and further appearing that the parties have the right to dismiss the case

pursuant to Fed. R. Civ. P. 41, applicable in this proceeding pursuant to Fed. R. Bankr. P. 7041,

IT IS HEREBY ORDERED that this case is dismissed without prejudice.


Date: _____        _____
                            JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE
                               EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA DIVISION)

WE ASK FOR THIS:

 /s/ Andrew L. Cole
Andrew L. Cole, VSB No. 48180
Franklin & Prokopik, P.C.
The B&O Building
Two N. Charles St. Suite 600
Baltimore, MD 21201
Tel. (410) 752-8700
Fax (410) 752-6868
*Counsel for Plaintiff*


 /s/ Brian Geno
Brian Geno, VSB No. 29804
Geno Law Firm, P.C.
Red Maple Court Office Condominiums
10617 Jones Street, Suite 201-B
Fairfax, VA 22030
info@genolaw.com

*Attorney for Defendants*


### LOCAL RULE 9022-1(C) CERTIFICATION

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

 /s/ Andrew L. Cole
Andrew L. Cole